# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Joshua Temple ;
1 Citizen of This State;
**County of Residence:** Andrew County

Additional Plaintiff(s):
Jillian Temple ;
1 Citizen of This State;

### Defendant(s):

First Listed Defendant:
Wausau Homes, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Wisconsin
**County of Residence:** Outside This District

Additional Defendants(s):
Phillips Builders, LLC ;
5 Incorporated and Principal Place of Business in Another State; Iowa

Scott Phillips ;
2 Citizen of Another State; Iowa

**County Where Claim For Relief Arose:** Andrew County

### Plaintiff's Attorney(s):

Tanner Kirksey (Joshua Temple)
Keane Law LLC
7711 Bonhomme Ave. Suite 600
St. Louis, Missouri 63105
**Phone:** (314) 391-4700
**Fax:** (314) 244-3778
**Email:** tanner@keanelawllc.com

Ryan Keane (Jillian Temple)
Keane Law LLC
7711 Bonhomme Ave. Suite 600
St. Louis, Missouri 63105
**Phone:** (314) 391-4700
**Fax:** (314) 244-3778
**Email:** ryan@keanelawllc.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

   **Plaintiff:** 1 Citizen of This State

   **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** 28 U.S.C. § 1332 (a) and (c)

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 5,000,000.00

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Tanner A. Kirksey

**Date:** 07/11/2024

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.