Civil Action No. 5:24-cv-6084

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Phillips Builders LLC**
was received by me on *(date)* **7.25.24** .

☒ I personally served the summons on the individual at *(place)* **216 W. Walnut St. Clarinda IA** on *(date)* **7.28.24** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7.29.24**

*Server's signature* **Lindsey Stephens 73-3**

**Deputy Lindsey Stephens 73-3**
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: