

**INVESTIGATIONS,**

Thirty years of law enforcement and professional training.

(715) 581-3020
P.O. Box 1691, Wausau WI 54402

ckinvestigationswi.com
ckinvestigationswi@gmail.com

# AFFIDAVIT OF SERVICE

I, Charles D. Knapp, verify that I have served the legal documents as indicated below and verify that if this paper was sub-served that the person receiving this paper was of legal age to receive paper. If this was a corporate serve, the person receiving the paper was authorized to accept service. I am over the age of 18, not a party to the action, authorized to serve the paper, and did identify the named person or business at the time of service. I verified the defendant was not currently an active military service member by asking the defendant or the person sub-served.

JOSHUA TEMPLE, et al

- VS -

WAUSAU HOMES INCORPORATED, et al

**CASE NUMBER:** United States District Court for the Western District of Missouri, Civil Action No. 5:24-cv-06084

**TYPE OF DOCUMENT:** Correspondence to Ms. Mary Frederick, Subpoena to Testify at a Deposition in a Civil Action, Federal Rules of Civil Procedure 45 (c), (d), €, and (g) (Effective 12/1/13).

**PERSON SERVED/TITLE:** Mary Frederick
DATE OF SERVICE: April 16th, 2025
TIME OF SERVICE: 8:40 PM
ADDRESS OF SERVICE: N1292 HWY K, Merrill, WI 54452

**ATTEMPTED SERVICE PRIOR TO ACTUAL OR RETURN FOR NON-SERVICE:**
**FIRST:** (DATE/TIME/ADDRESS/REASON)

**SECOND:** (DATE/TIME/ADDRESS/REASON)

**COMMENTS:**

Subscribed and Sworn to before me this 21st day of April, 2025

Signature: *Kelly A. Behreandt*

*Kelly A. Behreandt*
My commission expires: 7-20-2025

Charles D. Knapp, Process Server Signature 04/21/25
WI LICENSE #11930-63, AGENCY #16878-62



Civil Action No. 5:24-cv-06084

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mary Frederick
on *(date)* 04/16/25.

☒ I served the subpoena by delivering a copy to the named individual as follows:

Mary Frederick, at N1292 HWY K, Merrill, WI 54452
on *(date)* 04/16/25; or at 8:40P

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/22/25

_____
Server's signature

Charles D. Knapp — Server
Printed name and title

P.O. Box 1691, Wausau, WI 54402
Server's address

Additional information regarding attempted service, etc.: