**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| JOSHUA TEMPLE and JILLIAN TEMPLE,<br><br>Plaintiffs,<br><br>v.<br><br>WAUSAU HOMES INCORPORATED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:24-cv-06084 |

**MOTION FOR DEFAULT JUDGMENT**

COME NOW, Plaintiffs Joshua Temple and Jillian Temple, by and through undersigned counsel, move this Court pursuant to Federal Rule of Civil Procedure 55(b) and W.D. Mo. Local Rule 55.1, and for their Motion for Default Judgment against Defendants Phillips Builders LLC and Scott Phillips, state as follows:

1. Plaintiffs filed the Complaint on July 11, 2024. *See* ECF 1.

2. Defendants Scott Phillips and Phillips Builders LLC were properly served with the Summons and Complaint on July 28, 2024. *See* ECF 4, 5.

3. Defendants have failed to plead or otherwise defend within the time allowed by the Federal Rules of Civil Procedure, or the Local Rules.

4. Plaintiffs gave proper notice of their intention to move for entry of default judgment against Defendants on April 1, 2026. *See* Notice, Exhibit 1.

5. Plaintiffs filed the Motion for Entry of Default Judgment Pursuant to Local Rule 55.1 on May 4, 2026. *See* ECF 116.

6. The Clerk of Court entered default judgment as to Defendants on August 28, 2026. *See* ECF 123.

7. As set forth more fully in Plaintiffs' accompanying Suggestions in Support of Motion for Default Judgment and supporting materials, entry of default judgment is warranted and the relief requested is supported by the record.

WHEREFORE, Plaintiffs respectfully request that this Court enter default judgment in favor of Plaintiffs and against Defendants in the amounts and on the terms set forth in the accompanying Suggestions in Support, and grant such other relief as the Court deems just and proper.

Dated: September 1, 2026

Respectfully submitted,

**KEANE LAW LLC**

*/s/ Ryan A. Keane*

Ryan A. Keane, #62112MO
7711 Bonhomme Ave, Suite 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com

and

**CLIFFORD & SAVIO LLC**

Nicholas Savio MO #67146
Matthew Clifford MO #64785
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
T: (816) 255-2775
nick@cliffordsaviolaw.com
matt@cliffordaviolaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via the CM/ECF system on September 1, 2026. In addition, a true and accurate copy of the foregoing was served on the following via mailed copy:

Phillips Builders, LLC
c/o Scott Phillips
216 W. Walnut Street
Clarinda, Iowa 51632

and

Scott Phillips
216 W. Walnut Street
Clarinda, Iowa 51632

*/s/ Ryan A. Keane*